**Chad LANDRY, Plaintiff**

v.

**LANEY DIRECTIONAL DRILLING COMPANY, Defendant–Appellee**

v.

**Iberville Real Properties, L.L.C., Movant–Appellant.**

**No. 10–31102.**

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2012.

Phillip Wade Devilbiss, Esq., Scott James Scofield, Scofield, Gerard, Singletary & Pohorelsky, Lake Charles, LA, for Defendant–Appellee.

414

Robert M. Marionneaux, Jr., Esq., Barrett David Burkart, Unglesby & Marionneaux, Baton Rouge, LA, Scott C. Stassi, Plaquemine, LA, for Movant–Appellant.

Before GARZA, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.